UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **GILBERT BURKE** | * | **CIVIL ACTION NO. 13-2154** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **SHERIFF LARRY G. COX, ET AL.** | * | **MAG. JUDGE KAREN L. HAYES** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, and DECREED** that Defendants' Motion for Summary Judgment [Doc. No. 19] is **GRANTED IN PART**, and that Plaintiff's claims against Defendant Captain Brooks are hereby **DISMISSED WITH PREJUDICE** in their entirety. The Motion for Summary Judgment is otherwise **DENIED**.

**IT IS FURTHER ORDERED** that this matter is referred to the assigned magistrate judge to hold an evidentiary hearing (to include all witnesses and evidence to be presented by all remaining parties), and thereafter, to issue findings to the court, via report and recommendation.

**MONROE, LOUISIANA**, this 30th day of May, 2014.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE